JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER DIEGO MONDRAGON, <br> Petitioner, <br> v. <br> JOE A. LIZARRAGA, <br> Respondent. | Case No. LA CV 14-6409 RGK (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Deny Petition for Writ of Habeas Corpus and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: February 05, 2016

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE